UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL UPCHURCH,                          No. 2:08-cv-01263-MCE-EFB

    Plaintiff,

  v.                                       MEMORANDUM AND ORDER

COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT

    Defendants.

----oo0oo----

Presently before the court is an unopposed Motion to Withdraw by attorneys Christopher Haydn-Myer and Joseph J. Wiseman (hereinafter "counsel").[1]

Counsel have represented Plaintiff since June 5, 2008. Following the discovery process, counsel made several attempts to contact their client, but Plaintiff never responded.

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

1

When counsel finally did speak to Plaintiff at his deposition, he refused their representation and confirmed under oath that he wished to terminate their services.

According to the Local Rules of Court, counsel "may not withdraw leaving the client *in propria persona* without leave of Court upon noticed motion and notice to the client and all other parties who have appeared."  E.D. Cal. Local Rule 83-182(d). Counsel have met all requirements of Local Rule 83-182 and California Rule of Professional Conduct 3-700. A Statement of Non-Opposition has also been filed. Good cause having been shown, counsel's Motion to Withdraw [Docket No. 16] is GRANTED.

IT IS SO ORDERED.

Dated: October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2