**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

MICHAEL UPCHURCH,                ) NO. 2:08-CV-01263 MCE EFB
                                 )
    Plaintiff,                   )
                                 )
    vs.                          ) ORDER ON DEFENDANTS' EX PARTE
                                 ) APPLICATION TO EXTEND THE
COUNTY OF SACRAMENTO, et al.,    ) DISPOSITIVE MOTION HEARING
                                 ) DEADLINE
    Defendants.                  )
_____)

Presently before this court is Defendants' *ex parte* application to extend the dispositive motion hearing deadline. For the reasons set forth below, Defendant's application is GRANTED.

Local Rule 6-144(c) provides that the "the Court may, in its discretion, grant an initial extension ex parte upon the affidavit of counsel that a stipulation extending time cannot reasonably be obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why the extension is necessary. Except for one such initial extension, ex parte applications for extension of time will not ordinarily be granted."

1  Furthermore, Local Rule 6-144(d) mandates that "counsel shall
2  seek to obtain a necessary extension from the Court or from other
3  counsel or parties in an action as soon as the need for an
4  extension becomes apparent. Requests for Court-approved
5  extensions brought on the required filing date for the pleading
6  or other document are looked upon with disfavor."
7     Defendants' counsel brought their request for extension on
8  the hearing deadline date itself. Counsel provides as explanation
9  that he mistakenly noted October 19, 2009 as a filing deadline,
10 not a hearing deadline.  Opposing counsel informed Defendants'
11 counsel that they were not in a position to stipulate to an
12 extension in light of their own pending motions before the Court.
13    In light of the Court's recent Order granting the request of
14 Plaintiff's counsel to withdraw as counsel of record, the fact
15 that the requested extension will not work a hardship on the
16 Plaintiff and it will not cause any further modifications of the
17 Pretrial Scheduling Order, the motion is GRANTED.  The deadline
18 upon which to file a dispositive motion in this case is extended
19 until December 3, 2009.
20    IT IS SO ORDERED.

Dated:  October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE