IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL UPCHURCH,

    Plaintiff,                      No. CIV S-08-1263 MCE EFB P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                 FINDINGS AND RECOMMENDATIONS

                              /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 2, 2009, defendants County of Sacramento and Sacramento County Sheriff's Department moved for summary judgment. Dckt. No. 25. *See* Fed. R. Civ. P. 56. On December 4, 2009, the court advised plaintiff of the requirements for opposing a motion pursuant to Rule 56 of the Federal Rules of Civil Procedure. *See Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1998) (*en banc*), *cert. denied*, 527 U.S. 1035 (1999), and *Klingele v. Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988). That order also informed plaintiff of the requirements for filing an opposition to the pending motion and that failure to oppose such a motion might be deemed a waiver of opposition to the motion. Plaintiff failed to file an opposition.

////

1

On February 1, 2010, the court gave plaintiff 20 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in dismissal.[1]  *See* Fed. R. Civ. P. 41(b).  The 20 days have passed and plaintiff did not file an opposition or a statement of no opposition.

Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff has disobeyed this court's orders.  The appropriate sanction is dismissal without prejudice.

Accordingly, it is RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] It appears from the docket that the February 1, 2010 order was not properly served on plaintiff until February 10, 2010.

2